**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Philip C. Johnson <br> <u>Debtor</u> | CHAPTER 13 <br><br> BKY. NO. 16-24123 JAD |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of PNC Bank, National Association, and index same on the master mailing list.

Re: Loan # Ending In: 6835

     Respectfully submitted,

     **/s/ Matthew J. McClelland, Esquire**
     Matthew J. McClelland, Esquire
     mmcclelland@kmllawgroup.com
     Attorney I.D. No. 319482
     KML Law Group, P.C.
     701 Market Street, Suite 5000
     Philadelphia, PA 19106
     Phone: 215-825-6306
     Fax: 215-825-6406
     Attorney for Movant/Applicant