UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

Re:  Philip C. Johnson                                    Chapter:  13
     Debtor                                               Case No.:  16-24123

## WITHDRAWAL OF CLAIM DOCUMENT FILED IN ERROR

Ally Financial hereby requests the Court withdraw and/or strike Claim Document No. 4 entitled "Proof of Claim" that was filed erroneously by Ally Financial on December 16, 2016 in the above captioned matter.

Date:  December 16, 2016              Signed:  /s/  Derek Olson
                                      Bankruptcy Coordinator
                                      Ally Financial
                                      PO Box 130424
                                      Roseville, MN 55113-0004
                                      800-495-1578
                                      Fax:  651-367-2005

**United States Bankruptcy Court**
**for the Western District of Pennsylvania**

In Re:  Philip C. Johnson
Case No.:  16-24123 – Chapter:  13

# CERTIFICATE OF SERVICE

I, the undersigned, declare as follows:

I am an employee of Ally Servicing LLC, the authorized representative of Ally Financial employed in the City of Shoreview, Ramsey County, Minnesota.  I am over the age of 18 years and not party to this action.  My business address is PO Box 130424, Roseville, MN 55113.

I am readily familiar with the business practices of my employer for the collection and processing of documents and correspondence for mailing with the United States Postal Service and those correspondence and documents are deposited with the United States Postal Service that same day, or within one business day, in the ordinary course of business.

On December 16, 2016, I served the following document:

- Withdrawal of Claim Document Filed in Error

in the method or methods described below and if served via U.S. Mail, by placing copies of said documents in sealed envelopes and addressed as follows:

| **Debtor** | **Attorney** | **Trustee** |
|---|---|---|
| Philip C. Johnson | JAMES E MISCAVAGE | RONDA WINNECOUR |
| 1202 TOMAN AVE | *Served Electronically* | *Served Electronically* |
| CLAIRTON, PA 15025-1160 | | |

I then placed said envelopes for collection and mailing at my employer's office following ordinary business practices, addressed to the parties so designated above.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on December 16, 2016, at Shoreview, Minnesota.

Signed:  /s/  Derek Olson
Bankruptcy Coordinator
Ally Financial
PO Box 130424
Roseville, MN  55113
800-495-1578
Fax:  651-367-2005