# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:
- **Debtor:** PHILIP C. JOHNSON
- **Case Number:** 16-24123-JAD        **Chapter:** 13
- **Date / Time / Room:** THURSDAY, MAY 18, 2017  10:00 AM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
5/22/17 9:26 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### Matter:
#8 - Final Confirmation of Plan Dated 11/4/2016 (NFC)
R / M #: 8 / 0

### Appearances:
- Debtor: *Miscavage*
- Trustee: Winnecour / ~~Bedford~~ / Pail / Katz
- Creditor: *No payments in 6 months - D showed a money order Receipt at 341 but it was not Received*

### Proceedings:
The debtor(s) has no defense to dismissal, and the Trustee requests entry of an order dismissing the case without prejudice.

### Outcome:
1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. __✓__ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____ / _____.
10. _____ Other:

5/12/2017  8:15:27AM