Form 309

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Philip C. Johnson** | : | Case No. 16−24123−JAD |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |
| | : | Issued Per May 18, 2017 Proceeding |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

*AND NOW,* this **22nd day of May, 2017,** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. **Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.**

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

Jeffery A. Deller
United States Bankruptcy Judge

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 16-24123-JAD
Philip C. Johnson                                                     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: jhel              Page 1 of 2            Date Rcvd: May 22, 2017
                             Form ID: 309            Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 24, 2017.
```
db             +Philip C. Johnson,    1202 Toman Avenue,    Clairton, PA 15025-1160
14317347       +AHN Emergency Group,    attn. 848875E,    Box 14000,    Belfast, ME 04915-4033
14317349       +Cardiovascular Disease Spec.,    575 Coal Valley Road,    Suite 210,    Clairton, PA 15025-3724
14317350       +Citizens Bank,    1 Citizens Dr,    Riverside, RI 02915-3000
14347895       +Citizens Bank N.A.,    1 Citizens Drive Mailstop ROP15B,    Riverside, RI 02915-3019
14317351       +Clairton Municipal Authority,    1 North State Street,    Clairton, PA 15025-2172
14317353      #+Emergency Phy of Pittsburgh,    Box 3192,   Indianapolis, IN 46206-3192
14317354       +Foundation Radiology Group,    75 Remittance Dr. Dept. 6757,    Chicago, IL 60675-6757
14317355       +Grandis, Rubin Shanahan & Asso.,    575 Coal Valley Road,    Suite 570,    Clairton, PA 15025-3729
14317356       +Jefferson Hospital,    Attn: Credit Department,    P.O. Box 18119,    Pittsburgh, PA 15236-0119
14317357       +Kenneth Lentz, MD,    625 Lincoln Avenue,    Suite 206,    Charleroi, PA 15022-2451
14317358       +Mahpareh mostoufizadeh md,    box 9078,   Pittsburgh, PA 15224-0078
14379381       +PNC Bank, National Association,    PNC Mortgage, a division of PNC Bank, N.,    Attn: Bankruptcy,
                 3232 Newmark Drive,    Miamisburg, OH 45342-5421
14325474       +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14317360       +Partners In Nephro,    5171 Liberty Avenue,    Pittsburgh, PA 15224-2254
14317362       +Pnc Bank, N.a.,    1 Financial Pkwy,    Kalamazoo, MI 49009-8002
14317363       +Pnc Mortgage,    Po Box 8703,    Dayton, OH 45401-8703
14317364       +RBS Citizens Cc,    1 Citizens Dr,    Ms: Rop 15b,    Riverside, RI 02915-3019
14317365       +South Hills Gastro Asso.,    Box 615,    Connellsville, PA 15425-0615
14317366       +The Park Cardiothoracic,    Box 643797,    Pittsburgh, PA 15264-3797
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14317348       +EDI: GMACFS.COM May 23 2017 01:03:00     Ally Financial,    Po Box 380901,
                 Bloomington, MN 55438-0901
14337450        EDI: GMACFS.COM May 23 2017 01:03:00     Ally Financial,    PO Box 130424,
                 Roseville MN 55113-0004
14317352       +EDI: CMIGROUP.COM May 23 2017 01:03:00     Credit Management, LP,    Attn: Bankruptcy,
                 Po Box 118288,    Carrollton, TX 75011-8288
14385546       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM May 23 2017 01:23:22     Duquesne Light Company,
                 c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
14317359       +E-mail/Text: csc.bankruptcy@amwater.com May 23 2017 01:23:15     Pa American water,    Box 578,
                 Alton, IL 62002-0578
14328447        E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 23 2017 01:22:19
                 Pennsylvania Department of Revenue,    Bankruptcy division, P O Box 280946,
                 Harrisburg P A 17128-0946
14317361       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 23 2017 01:22:19     Pennsylvania Dept. of Revenue,
                 Dept. 280947,    Harrisburg, PA 17128-0001
                                                                                             TOTAL: 7
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Ally Financial
cr              Duquesne Light Company
cr              PNC BANK, NATIONAL ASSOCIATION
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                   TOTALS: 3, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 24, 2017                                  Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: jhel              Page 2 of 2            Date Rcvd: May 22, 2017
                              Form ID: 309            Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 22, 2017 at the address(es) listed below:
              James E. Miscavage    on behalf of Debtor Philip C. Johnson jamesmiscavage@gmail.com
              Matthew John McClelland    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                 TOTAL: 5
```